ALPHA CRANE SERVICE, INC., ET AL. *v.*
CAPITOL CRANE COMPANY ET AL.

PAUL J. APARO, ADMINISTRATOR (ESTATE OF STEVEN
J. PALMIERI) *v.* UNITED TECHNOLOGIES
CORPORATION ET AL.

The petition of the defendant Wetherell Corporation for certification for appeal from the Appellate Court, 6 Conn. App. 60, is denied.

*James E. Kernan,* in support of the petition.

*Constance L. Epstein,* in opposition.

Decided April 23, 1986

PAUL J. APARO, ADMINISTRATOR (ESTATE OF STEVEN
J. PALMIERI) *v.* UNITED TECHNOLOGIES
CORPORATION ET AL.

The cross petition of the defendant Wetherell Corporation for certification for appeal from the Appellate Court, 6 Conn. App. 60, is denied.

*James E. Kernan,* in support of the petition.

*Constance L. Epstein,* in opposition.

Decided April 23, 1986

IN RE CHRISTINE F.

The defendant father's petition for certification for appeal from the Appellate Court, 6 Conn. App. 360, is denied.

*Barry J. Ward,* in support of the petition.

*Judith Merrill Earl,* assistant attorney general, in opposition.

Decided April 23, 1986